UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
HARRISBURG DIVISION

| | |
|---|---|
| **In re:** <br><br> **Janeen Renee Hawkins** <br>      **Debtor** <br> **U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION TRUST** <br><br>      **Movant** <br> **v.** <br> **Janeen Renee Hawkins** <br>      **Debtor/Respondent** <br> **Jack N Zaharopoulos, Esquire** <br>      **Trustee/Respondent** | **Bankruptcy No. 1:22-bk-01995-HWV** <br><br> **Chapter 13** |

### ORDER

Upon consideration of U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF2 ACQUISITION TRUST's Motion for Relief from Automatic Stay, Doc. 41, the Stipulation which resolves this Motion, Doc. 46, and the Certificate of Default filed by Movant, Doc. 56, it is

**ORDERED** that the automatic stay provisions of Section 362 of the Bankruptcy Code are terminated with respect to U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF2 ACQUISITION TRUST; and it is further

**ORDERED** that U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF2 ACQUISITION TRUST, its successor and/or assigns are entitled to proceed with appropriate state court remedies against the property located at 1740 Stoney Creek Road, Dauphin, PA 17018, including without limitation a sheriff's sale of the property.

By the Court,

*/s/ Henry W. Van Eck*

Henry W. Van Eck, Chief Bankruptcy Judge
Dated: November 16, 2023