IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| JANEEN RENEE HAWKINS | : | |
|    Debtor | : | CASE NO. 1:22-bk-01995 |
| | : | |
| U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION TRUST | : | |
|    Movant | : | |
| | : | |
| JANEEN RENEE HAWKINS, | : | |
|    Respondent | : | |

## MOTION FOR RECONSIDERATION OF ORDER FOR RELIEF

    COME NOW the Debtors, by and through attorney Dorothy L. Mott, Esquire, and request the following relief, respectfully stating in support thereof:
    1. The Debtors filed a Chapter 13 Petition on 10/14/2022.
    2. US BANK filed a Motion for Relief on July 25, 2023.
    3. The parties entered into a stipulation to resolve the Motion for Relief.
    4. US Bank filed a Certificate of Default on November 15, 2023.
    5. The Court entered an Order granting US BANK relief on November 16, 2023..
    6. The Debtor was confused by the Notice of Mortgage payment change, believing that she had to start making mortgage payments on November 1, 2023.
    7. The Debtor is able to pay post-petition arrearages in full to US BANK.
    WHEREFORE, Debtor respectfully requests that this Court reconsider and rescind the Order for Relief and Reinstate the Automatic Stay and grant such other relief as this Court deems just.

    Respectfully submitted,

    /s/ Dorothy L. Mott

    _____
    Dorothy L. Mott
    Dorothy L. Mott Law Office LLC
    125 State Street
    Harrisburg, PA 17101
    717.232.6650 Tel
    717.232.0477 Fax
    doriemott@aol.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | CHAPTER 13 |
| JANEEN RENEE HAWKINS : | |
|    Debtor : | CASE NO. 1:22-bk-01995 |
| : | |
| U.S. BANK TRUST NATIONAL : | |
| ASSOCIATION, NOT IN ITS : | |
| INDIVIDUAL CAPACITY BUT : | |
| SOLELY AS OWNER TRUSTEE FOR : | |
| RCF 2 ACQUISITION TRUST : | |
|    Movant : | |
| : | |
| JANEEN RENEE HAWKINS, : | |
|    Respondent : | |
| : | |
| : | |

**O R D E R**

UPON CONSIDERATION of the Motion For Reconsideration, it is hereby ORDERED AND DECREED that the relief requested in the motion is granted.